634

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Appellant, v. EUGENE ARCHIE, Respondent.— Motion to prosecute appeal as a poor person granted, provided the appeal has been timely taken. (See Domestic Relations Law, § 136 and Children's Court Act, § 43.)

■ GERALDINE RUSH, Appellant, v. CELIA TAYLOR et al., Respondents.— Motion granted to appeal on original typewritten record and five typewritten copies of brief, and otherwise motion denied; appeal dismissed unless record is filed and typewritten copies of brief filed and served on or before October 6, 1959.

■ WINIFRED MCCULLOUGH, as Administratrix of the Estate of THOMAS MCCULLOUGH, Deceased, Respondent, v. NATIONAL DAIRY PRODUCTS CORP., Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before October 6, 1959.

■ JOHN CHAMBERLAIN, Respondent, v. FREDA CHAMBERLAIN, Appellant. — Motion to reinstate appeal denied, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MATUSKIEWICZ, Appellant.— Motion granted and time for argument of appeal enlarged to include September Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BRUCE COLEMAN, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1959 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. HEDGECOCK, Appellant.— Motion to reargue motion to appeal as a poor person denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. KNISELEY, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., five typewritten briefs, and A. Thomas Longeretta, Esq., assigned as counsel to conduct appeal, and otherwise motion denied; time for argument of appeal enlarged to include November 1959 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL N. EASTMAN, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., five typewritten briefs, and Thomas G. Presutti, Esq., assigned as counsel to conduct appeal; time for argument of appeal enlarged to include November 1959 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS DE VORE, Appellant, v. WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted to appeal on original papers and five handwritten copies of brief, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER STANLEY MARSHALL, Appellant.— Motion to reargue motion to appeal as a poor person denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY MECCA, Appellant.— Motion granted and time for argument of appeal enlarged to include November Term on condition printed records and briefs filed and served on or before October 5, 1959 and case to be argued at November 1959 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLARD BISSELL KENT, Appellant.— Motion granted to appeal on original and five typewritten copies of record and five copies of typewritten brief, and time for argument of appeal enlarged to include November 1959 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH MARVIN WASMUND, Appellant.— Motion granted and time for argument of appeal enlarged to include November 1959 Term of court, on condition that printed records and briefs are filed and served on or before October 6, 1959.